# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 01-40023-001 |
| AYANA P. WALKER, | ) |
| Defendant. | ) |

## PETITION TO REMIT UNCOLLECTIBLE FINE

Now comes the United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and James A. Lewis, Assistant United States Attorney, and petitions this honorable Court pursuant to 18 U.S.C. §3573, for an Order remitting the $500.00 Fine previously imposed in the above case and states as grounds the following:

1. On January 23, 2002, U.S. Magistrate Judge John A. Gorman imposed a Fine of $500.00 for Driving Under the Influence of Alcohol, which was to be paid by June 19, 2002.

2. The defendant has made no payments on this debt.

3. It was reported by the Defendant's father that she lives with him on occasion, has an extensive drug problem and is always unemployed.

4. Further reasonable efforts to collect the balance of this Fine are not likely to be effective and is not in the best interest of the government.

5. It is not in the interests of justice to continue collection attempts, the costs of such efforts outweigh the reasonable likelihood of collections.

WHEREFORE, The United States of America respectfully requests an Order to remit the Fine imposed in the above case.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**


s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: Jim.Lewis2@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 01-40023-001 |
| | ) |
| AYANA P. WALKER (TF), | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon petition of the Government pursuant to 18 U.S.C. § 3573 showing that reasonable efforts to collect the Fine are not likely to be effective, the Fine previously imposed in this case is hereby remitted.


ENTERED _____


_____
UNITED STATES MAGISTRATE JUDGE