## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 01-40023-001 |
| AYANA P. WALKER (TF), | ) |
| Defendant. | ) |

### ORDER

Upon petition of the Government pursuant to 18 U.S.C. § 3573 showing that reasonable efforts to collect the Fine are not likely to be effective, the Fine previously imposed in this case is hereby remitted.

ENTERED: April 22, 2008

s/ John A. Gorman
John A. Gorman
UNITED STATES MAGISTRATE JUDGE

4:01-cr-40023-JAG  # 11  Page 2 of 2